IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No. 09-cr-00266-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. DAVID A. BANKS,
2. DEMETRIUS K. HARPER,
3. GARY L. WALKER,
4. CLINTON A. STEWART,
5. DAVID A. ZIRPOLO, and
6. KENDRICK BARNES,

Defendant.

_____

**ORDER**
_____

With the stipulation of the parties,

IT IS ORDERED that the defendants' conditions of release are amended to include the following special condition:

> The defendant shall not contact, directly or through any other person or representative, any member of the jury, and not request or encourage any other person to contact any member of the jury, all unless authorized in writing by the judicial officer to whom the case is assigned for trial.

Dated December 5, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge