# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 09-cr-00266-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. DEMETRIUS K. HARPER
   a/k/a Ken Harper,
3. GARY L. WALKER,
4. CLINTON A. STEWART
   a/k/a C. Alfred Stewart,
5. DAVID A. ZIRPOLO, and
6. KENDRICK BARNES,

    Defendants.

## ORDER

This matter is before the Court on the Government's *Ex Parte* Motion. (Doc. # 851.) Having been fully advised on the matter, it is ORDERED that the Government's Motion (Doc. # 851) is GRANTED. A separate written Order will follow with the relief requested by the Government.

It is FURTHER ORDERED that the Government's Motion to Restrict at Level 3 Docket Entries 851 & 852 (Doc. # 853) is GRANTED. Accordingly, Doc. ## 851 and 852 shall be RESTRICTED AT LEVEL 3.

It is FURTHER ORDERED that Defendants Harper, Walker, Stewart, Zirpolo, and Barnes's Motion to Unrestrict Government's Documents #851 and #852 (Doc. # 854) is DENIED AS MOOT.

It is FURTHER ORDERED that Defendants Harper, Walker, Stewart, Zirpolo, and Barnes's Motion to Restrict at Level 3 Docket Entries [*sic*] # 854 (Doc. # 855) is DENIED because the Defendants do not provide any reason that such a restriction would be appropriate, and the Court perceives no reason for such a restriction.

DATED: November 27, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge